# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE:** | **Parks v. Luzerne County Correctional Facility, et al.** : : : | CIVIL NO. 3:CV-05-2030 |
| **Inmate:** | Richard Allen Parks : : | (Judge Kosik) |
| **ID Number:** | : | (Magistrate Judge Blewitt) |

## ORDER

On October 5, 2005, Richard Allen Parks, an inmate currently confined at the Luzerne County Correctional Facility, filed a civil rights complaint without submitting a filing fee or the forms required to proceed in forma pauperis. By Administrative Order dated October 13, 2005, the Plaintiff was informed that this case would be dismissed without prejudice unless, within thirty (30) days, he either paid the statutory filing fee of $250.00 or filed a properly completed application to proceed in forma pauperis and an authorization form.  Notwithstanding this admonition, thirty (30) days have elapsed and the Plaintiff has neither made an appropriate submission nor requested an extension of time in which to do so.

**THEREFORE**, **IT IS ORDERED THAT** this action is dismissed without prejudice, and the Clerk of Court shall close this file.

                                                                                        s/Edwin M. Kosik
                                                                                        United States District Judge

DATE:   November 18, 2005